**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 323 WAL 2014
:
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JERMANE EUGENE WRIGHT, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.